IN THE UNITED STATES DISTRICT COURT FOR THE
PENNSYLVANIA

KENNETH REYNOLDS and JOAN CHIEN:
    Plaintiffs

v.

STATE FARM INSURANCE COMPANY :
    Defendant

No. 07-176 (SLR)

## AMENDMENT TO COMPLAINT

Comes now the plaintiffs, by and through counsel, and move to amend the complaint prior to any responsive proceeding pursuant to FRCP 15 and hereby amend the complaint to include the following:

1. Jury Trial Demanded

Respectfully Submitted:



SHELLY FARBER ESQUIRE
PA Attorney ID 33726
Farber and Farber Law Offices
2619 West Chester Pike Suite 100
Broomall, PA 19008
610-356-3900
610-356-3952

IN THE UNITED STATES DISTRICT COURT FOR THE
PENNSYLVANIA

KENNETH REYNOLDS and JOAN CHIEN:
    Plaintiffs

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY
    Defendant

No. _____

## AMENDMENT TO COMPLAINT

COME NOW the plaintiffs, by and through counsel, and hereby move to amend the Caption of Plaintiff's Complaint prior to any responsive pleading proceeding pursuant to FRCP 15 as follows:

1. The Defendant in this case is properly named State Farm Mutual Automobile Insurance Company rather than State Farm Insurance Company.

WHEREFORE, Plaintiff prays that the Clerk of Courts identifies the Defendant as State Farm Mutual Automobile Insurance Company within the official Caption of this action.

Respectfully Submitted:

_____
SHELLY FARBER ESQUIRE
PA Attorney ID 33726
Farber and Farber Law Offices
2619 West Chester Pike Suite 100
Broomall, PA 19008
610-356-3900
610-356-3952