OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

**DEFICIENCY NOTICE**

DATE: 4/10/07

TO: Shelly Farber, Esq.

RE: CA# 07-176-SLR (USDC/DE)  CASE CAPTION: Reynolds, et al. v. State Farm Insurance Company
       06-3013-LDD (USDC/EDPA)

Please note that a document submitted for filing (or courtesy copy thereof) in the above noted case *does not conform* to one or more of the Administrative Procedures Governing Filing and Service by Electronic Means, or other local rules/practices:   ☒ **The Court will take no action on subject document until discrepancies are corrected.**

or   ☐ Corrective action has been taken by the Court, however future filings should address these concerns.

☐ D.I.# ____ Courtesy copy not received by end of next business day.

☐ D.I.# ____ Document or courtesy copy not properly bound (rubber bands/clips not acceptable).

☐ D.I.# ____ Notice of Filing Paper or Multi-media Materials filed; items not yet received.

☐ D.I.# ____ Redacted copy of sealed document not filed within 5 business days.

☐ D.I.# ____ Pro Hac Vice fee not paid for attorney(s) _____.

☐ D.I.# ____ Attorney account used to file document does not agree with the signature /s/ on document.

☐ D.I.# ____ Certificate of Service (when required) was not included as last page of the document.

☐ D.I.# ____ Certificate of Service (when required) does not show service on all NON-electronic parties.

☒ D.I.# 24  23+ (Complaint + Amended Complaint)  No electronic /s/ signature or actual signature of filer(s) found in all applicable blocks.

☐ D.I.# ____ Discovery document(s) erroneously filed. Document will be removed from the docket.

☐ D.I.# ____ L.R. 7.1.1 statement not included as required for non-dispositive motions.

☐ D.I.# ____ Request for extension of discovery or trial deadline lacks proof of notification to the client, or lacks the reasons for the request.

☐ D.I.# ____ Brief does not conform to local rules: _____.

☐ D.I.# ____ Document(s) on CD exceeds maximum file size of 4.0 megabytes. Please divide document into multiple pdf. segments under 4.0 MB each and resubmit to Clerk for filing.

☐ D.I.# ____ Sealed documents not properly presented for filing - _____.

☐ D.I.# ____ Document is not in a readable PDF format. Please correct and resubmit to Clerk's Office.

☐ D.I.# ____ _____.

If there are any questions concerning this matter, contact the Clerk's Office, at 573-6170. Also, refer to *ECF Tips* and *Administrative Procedures* on our web site, at **http:www.ded.uscourts.gov**.

cc:   Assigned Judge

(DEFICIENCY NOTICE - Rev. 11/06)

_T. Tassere_
Deputy Clerk