IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH REYNOLDS and<br>JOAN CHIEN, husband and wife,<br><br>      Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)    C.A. No.: 07-CV-176<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

PLEASE ENTER the appearance of SHERRY RUGGIERO FALLON as attorney for the Defendant, State Farm Mutual Automobile Insurance Company, in place of Katherine Cole Douglas.

Dated: April 23, 2007

TYBOUT, REDFEARN & PELL

_____
SHERRY RUGGIERO FALLON
Bar ID # 2464
750 South Madison Street #400
P.O. ~~Box~~ 2092
Wilmington, DE 19899-2092
(302) 658-6901
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH REYNOLDS and <br> JOAN CHIEN, h/w <br><br> vs. <br><br> STATE FARM MUTUAL AUTOMOBILE <br> INSURANCE COMPANY | CIVIL ACTION <br><br><br><br> NO.   07-CV-176 |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly withdraw my appearance as counsel for defendant, State Farm Mutual Automobile Insurance Company in the above-captioned matter.

BENNETT, BRICKLIN & SALTZBURG LLP

BY: _____
KATHERINE COLE DOUGLAS, ESQUIRE
I.D. NO. 58913
1601 Market Street, 16th Floor
Philadelphia, PA 19103
(215) 561-4300
Attorney for Defendant

## CERTIFICATE OF SERVICE

I, Sherry Ruggiero Fallon, certify that I am not less than 18 years of age, and that service of this Entry of Appearance was made on April 23, 2007, upon:

First-Class Mail
Shelly Farber, Esquire
2619 West Chester Pike
Broomall, PA 19008-1809
Attorneys for Plaintiff2

First-Class Mail
Katherine Cole Douglas, Esquire
1601 Market Street, 16th Floor
Philadelphia, PA 19103

Under penalty of perjury, I declare that the foregoing is true and correct.

TYBOUT, REDFEARN & PELL

_____
SHERRY RUGGIERO FALLON
Bar ID # 2464
Tybout, Redfearn & Pell
300 Delaware Avenue #1100
P.O. Box 2092
Wilmington, DE 19899-2092
(302) 658-6901
Attorneys for Defendant