LAW OFFICES

# TYBOUT, REDFEARN & PELL

DAVID G. CULLEY
SHERRY RUGGIERO FALLON
FRANCIS X.D. NARDO
JOHN J. KLUSMAN, JR.
DANIELLE K. YEARICK
DENNIS J. MENTON
SUSAN A. LIST

750 S. MADISON STREET
SUITE 400
P.O. BOX 2092
WILMINGTON, DELAWARE 19899-2092
(302) 658-6901

TELECOPIER
658-4018

WILLIAM R. BAKER, JR.
CHRISTINE P. O'CONNOR
ROBERT M. GREENBERG

*Of Counsel:*
B. WILSON REDFEARN
RICHARD W. PELL

*Direct Dial:* 657-5530
*E-mail:* sfallon@trplaw.com

May 9, 2007

**E-FILE**
The Honorable Sue L. Robinson
J. Caleb Boggs Federal Building
844 North King Street
Room 6124, Lockbox 31
Wilmington, DE 19801

RE: <u>Kenneth Reynolds and his wife, Joan Chien v.
State Farm Mutual Automobile Insurance Company</u>
Claim No.: 07-cv-176-SLR
Date of Loss: July 3, 2002

Dear Judge Robinson:

I am writing to advise Your Honor that, my client, State Farm Mutual Automobile Insurance Company, takes no position on Plaintiffs' Motion for An Extension of Time to Enter Local Counsel (Document 27), filed on May 7, 2007, in the above matter.

Thank you for your consideration.

Respectfully submitted,

SHERRY RUGGIERO FALLON
Bar ID # 2464

SRF/nmk

cc: Shelly Farber, Esquire

601.184