IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT COURT OF
DELAWARE

KENNETH REYNOLDS and :
JOAN CHIEN, husband and wife, :
                              :
         Plaintiffs,          :
                              :
    V.                        :     C.A. No.:   07-cv-176
                              :
STATE FARM MUTUAL AUTOMOBILE  :
INSURANCE COMPANY,            :
                              :
         Defendant            :

## ORDER

AND NOW, this _27th_ day of _July_, 2007 upon consideration of Plaintiff's Motion for An Extension of Time to Enter Local Counsel, and any response thereto, it is hereby ORDERED and DECREED that Plaintiff's motion is GRANTED. Local Counsel for Plaitniff's shall enter their appearance by _September 10, 2007_.

_____
J.