LAW OFFICES

# FARBER & FARBER

SUITE 100 • 2619 WEST CHESTER PIKE • BROOMALL, PENNSYLVANIA 19008

(610) 356-3900 • FAX: (610) 356-3952

SHELLY FARBER*                                                               *MEMBER PA, VA & DC BARS
HOWARD FARBER**(RETIRED)                          **RETIRED MEMBER PA & NY BARS
CRAIG HEIMBERGER***                                             ***MEMBER PA BAR

September 18, 2007

Sue L. Robinson, Chief Judge
U.S. District Court for the District of Delaware
6124 J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

Re: **Reynolds v. State Farm Insurance Co., Case # 07-176**

Dear Chief Judge Robinson:

       Your Honor signed an Order in this case directing Plaintiff to enter local counsel by September 10, 2007. I am Pennsylvania counsel for Plaintiff whom has been assisting in obtaining local counsel.

       Plaintiff had been unable to comply with this Honorable Court's September 10, 2007 deadline because a conflict of interest existed between Plaintiff's choice of local counsel and myself as Plaintiff's general attorney. That conflict, which was fully disclosed, has very recently been resolved due to settlement of litigation. We have since set a meeting for this Friday to finalize Plaintiff's agreement for representation with local counsel. In light of this information, kindly withhold adverse action on this case until after September 28, 2007.

       Thank you for your consideration of this request.

Sincerely,

SHELLLY FARBER, ESQUIRE

cc:    Sherry Ruggiero Fallon, Esquire (via mail)

---

Branch Offices                      232 W. Market Street              400 Washington Street
(Send all correspondence to      West Chester, Pa 19382           Reading, Pa 19601
Broomall office)                    (610)436-9090                     (610) 372-9555