IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH REYNOLDS and, <br> JOAN CHIEN, Husband and Wife, | * <br> * <br> * | |
| Plaintiff, | * <br> * | Civil Case No. 07-CV-00176 SLR |
| v. | * <br> * | |
| STATE FARM MUTUAL <br> AUTOMOBILE INSURANCE <br> COMPANY, | * <br> * <br> * <br> * | |
| Defendant. | * | |

### ENTRY OF APPEARANCE

TO:   Clerk, U.S. District Court
      District of Delaware
      J. Caleb Boggs Federal Building
      844 N. King Street
      Wilmington, DE  19801


Kindly enter my appearance on behalf of the Plaintiffs, KENNETH REYNOLDS and JOAN CHIEN, in the above-captioned matter.

                                        RESPECTFULLY SUBMITTED,

                                        _____
                                        ALBERT M. GRETO, ESQUIRE
                                        Supreme Court ID# 3811
                                        1701 Shallcross Avenue, Suite C
                                        P.O. Box 756
                                        Wilmington, DE  19899-0756
                                        (302) 761-9000

Date:  10-16-07