IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **Kenneth Reynolds and Joan Chien,** <br> **Husband and Wife** <br>          Plaintiff, <br> <br> v. <br> <br> **State Farm Mutual Automobile** <br> **Insurance Company** <br>          Defendant. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | Civil Case No. 07-cv-00176  SLR |

## MOTION PURSUANT TO LOCAL RULE 83.5
## FOR THE ADMISSION OF COUNSEL *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves this Honorable Court for the admission *pro hac vice* of Shelly Farber, Esq. to represent Plaintiff, Kenneth Reynolds and Joan Chien, in this matter.

/s/ Albert M. Greto
Albert M. Greto, Esquire (AMG-2862)
1701 Shallcross Avenue, Suite C
P.O. Box 756
Wilmington, Delaware 19899-0756
Ph: 302.761.9000
Fx: 302.761.9035
E-Mail: algreto@gretolaw.com
Attorney for Plaintiff

Date: 10-15-2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Kenneth Reynolds and Joan Chien, <br> Husband and Wife <br>        Plaintiff, <br> <br> v. <br> <br> State Farm Mutual Automobile <br> Insurance Company <br>        Defendant. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | Civil Case No. 07-cv-00176 SLR |

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Pennsylvania and the District of Columbia and pursuant to local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with the Court's Local Rules.

                                               SHELLY FARBER, Esquire
                                               2619 West Chester Pike
                                               Broomall, Pa 19008
                                               (610) 356-3900
                                               Attorney for Plaintiff

Date: 10·15 07

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **Kenneth Reynolds and Joan Chien,** | * | |
| **Husband and Wife** | * | |
| Plaintiff, | * | Civil Case No. 07-cv-00176  SLR |
| | * | |
| v. | * | |
| | * | |
| **State Farm Mutual Automobile** | * | |
| **Insurance Company** | * | |
| Defendant. | * | |

## ORDER

IT IS HEREBY ORDERED that counsel's Motion Pursuant to Local Rule 83.5 for the Admission of Counsel *Pro Hac Vice* is granted.

Date: _____    _____
Sue L. Robinson,
United States District Judge