IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH REYNOLDS and, <br> JOAN CHIEN, <br><br>     Plaintiffs, <br><br> v. <br><br> STATE FARM MUTUAL AUTOMOBILE <br> INSURANCE COMPANY, <br><br>     Defendant. | ) <br> ) <br> ) <br> ) <br> )   Case No.: 07-00176 SLR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned certifies that on this 7th day of December, 2007, two copies of the attached document:

**Defendant State Farm Mutual Automobile Insurance Company's Initial Disclosures Pursuant to Fed.R.Civ.P. 26(a)(1)**

were served by mail on:

Albert M. Greto, Esquire
Law Offices of Albert M. Greto
1701 Shallcross Avenue, Suite C
P.O. Box 756
Wilmington DE 19899-0756
Attorneys for Plaintiffs

Shelly Farber, Esquire
2619 West Chester Pike
Broomall, PA 19008
Attorneys for Plaintiffs

                                        TYBOUT, REDFEARN & PELL

                                        SHERRY RUGGIERO FALLON
                                        (ID# 2464)
                                        750 S. Madison St., Suite 400
                                        P.O. Box 2092
                                        Wilmington, DE  19899-2092
                                        (302)658-6901
                                        Attorney for Defendant