IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH REYNOLDS and JOAN CHIEN, husband and wife, </br></br>Plaintiffs,</br></br>v.</br></br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,</br></br>Defendant. | )</br>)</br>)</br>)</br>)</br>)</br>)  C.A. No.: 07-CV-176</br>)</br>)</br>)</br>)</br>)</br>) |

NOTICE OF RECORDS DEPOSITION

TO:   Albert M. Greto, Esquire
      Law Offices of Albert M. Greto
      1701 Shallcross Avenue, Suite C
      P.O. Box 756
      Wilmington DE 19899-0756
      Attorneys for Plaintiffs

      Shelly Farber, Esquire
      2619 West Chester Pike
      Broomall, PA 19008
      Attorneys for Plaintiffs

   PLEASE TAKE NOTICE, that the undersigned attorney will take the oral deposition of the below-identified individual, on **Friday, March 21, 2008, at 10:00 a.m.**, in the offices of Tybout, Redfearn & Pell, 750 S. Madison Street, Suite 400, Wilmington, DE 19801.

                        Custodian of Records
                        Lincoln General Insurance Company
                        c/o  Insurance Commissioner
                        841 Silver Lake Blvd
                        Dover, DE  19903

                        TYBOUT, REDFEARN & PELL

                        /s/ Sherry Ruggiero Fallon
                        SHERRY RUGGIERO FALLON (ID#:2464)
                        750 S. Madison Street, Suite 400
                        P.O. Box 2092
                        Wilmington, DE 19899-2092
                        (302) 658-6901
                        Attorneys for Defendant

Dated: 3/4/08

**DUCES TECUM:** Deponent is required to bring with him/her: The COMPLETE underwriting and commercial liability claims file(s) for the following claim, including, but not limite to, correspondence, recorded statements, damage appraisals, investigative materials, medical records, diagnostic tests, IME reports, notes(handwritten or otherwise), summaries, bills, payment transmittals, surveillance recordings, photographs, etc., **and all documents, correspondence, or communications relating to settlement, including but not limited to, a complete copy of the executed settlement agreement, regarding an accident which occurred on July 3, 2002, involving insured, Northstar Services, Ltd., Policy #PAP LTC 100298**

(Personal appearance is waived if documents are provided on or before Friday, March 21, 2008)

**CERTIFICATE OF SERVICE**

I, SHERRY RUGGIERO FALLON, hereby certify that I have had caused to be served by First Class U.S. Mail, on this 4th day of March, 2008, two (2) true and correct copies of the attached documents addressed to:

Albert M. Greto, Esquire
Law Offices of Albert M. Greto
1701 Shallcross Avenue, Suite C
P.O. Box 756
Wilmington DE 19899-0756
Attorneys for Plaintiffs

Shelly Farber, Esquire
2619 West Chester Pike
Broomall, PA 19008
Attorneys for Plaintiffs

TYBOUT, REDFEARN & PELL

/s/ Sherry Ruggiero Fallon
SHERRY RUGGIERO FALLON
(ID# 2464)
750 S. Madison St., Suite 400
P.O. Box 2092
Wilmington, DE  19899-2092
(302)658-6901
Attorney for Defendant