IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH REYNOLDS and JOAN CHIEN, husband and wife, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No.: 07-CV-00176 SLR ) |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) |

**NOTICE OF ADDRESS CHANGE**

TO:   CLERK OF THE COURT
      U.S. District Court for the District of Delaware
      844 North King Street, Room 4209
      Lock Box 18
      Wilmington, DE 19801

      Albert M. Greto, Esquire
      Law Offices of Albert M. Greto
      1701 Shallcross Avenue, Suite C
      P.O. Box 756
      Wilmington DE 19899-0756
      Attorneys for Plaintiffs

      Shelly Farber, Esquire
      2619 West Chester Pike
      Broomall, PA 19008
      Attorneys for Plaintiffs


PLEASE TAKE NOTICE that, due to the renaming of streets by local governmental authorities, the undersigned counsel's office address is now:

> SHERRY RUGGIERO FALLON
> Tybout, Redfearn & Pell
> 750 **Shipyard Drive**, Suite 400
> Wilmington, DE 19801.

Correspondence may continue to be directed to Tybout, Redfearn & Pell, P.O. Box 2092, Wilmington, DE 19899-2092.

Dated: 4/29/08

TYBOUT, REDFEARN & PELL

*/s/ Sherry Ruggiero Fallon*

SHERRY RUGGIERO FALLON
Bar ID # 2464
750 Shipyard Drive #400
P.O. Box 2092
Wilmington, DE 19899-2092
(302) 658-6901
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

    I, SHERRY RUGGIERO FALLON, hereby certify that I have had caused to be served by First Class U.S. Mail, on this 29th day of April, 2008, two (2) true and correct copies of the attached documents addressed to:

Albert M. Greto, Esquire
Law Offices of Albert M. Greto
1701 Shallcross Avenue, Suite C
P.O. Box 756
Wilmington DE 19899-0756
Attorneys for Plaintiffs

Shelly Farber, Esquire
2619 West Chester Pike
Broomall, PA 19008
Attorneys for Plaintiffs

 

**TYBOUT, REDFEARN & PELL**

_____
SHERRY RUGGIERO FALLON #2464
750 Shipyard Drive, Suite 400
P.O. Box 2092
Wilmington, DE   19899-2092
(302)658-6901
Attorneys for Defendant