LAW OFFICES

# TYBOUT, REDFEARN & PELL

DAVID G. CULLEY
SHERRY RUGGIERO FALLON
FRANCIS X.D. NARDO
JOHN J. KLUSMAN
DANIELLE K. YEARICK
DENNIS J. MENTON
SUSAN LIST HAUSKE

750 SHIPYARD DRIVE
SUITE 400
P.O. BOX 2092
WILMINGTON, DELAWARE 19899-2092
(302) 658-6901

TELECOPIER
658-4018

WILLIAM R. BAKER, JR.
CHRISTINE P. O'CONNOR
ROBERT M. GREENBERG
LAUREN C. MCCONNELL
LEROY A. TICE

Of Counsel:
B. WILSON REDFEARN
RICHARD W. PELL

E-mail sfallon@trplaw.com

April 30, 2008

**E-FILE** and **HAND DELIVERED**
The Honorable Sue L. Robinson
J. Caleb Boggs Federal Building
844 King Street
Room 6124, Lockbox 31
Wilmington, DE 19801

  RE:  **Kenneth Reynolds and Joan Chien v.**
       **State Farm Mutual Automobile**
       **Insurance Company**
       C.A. No.: 1:07-cv-176 SLR
       Date of Loss: July 3, 2002

Dear Clerk:

  Enclosed is a courtesy copy of the following document, electronically filed by Defendant, State Farm Mutual Automobile Insurance Company:

  • Defendant, State Farm Mutual Automobile Insurance Company's Motion to Amend Answer to Complaint and Order [D.I. 40].

  Thank you for your consideration.

                                    Respectfully submitted,

                                    SHERRY RUGGIERO FALLON
                                    Bar ID # 2464

SRF/nmk

cc: Shelly Farber, Esquire
    Albert M. Greto, Esquire
    Clerk, District Court

Enclosure