# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

*08CV176 -GMS*

**CHAIRMAN:**
**Judge John G. Heyburn II**
**United States District Court**
**Western District of Kentucky**

**MEMBERS:**
**Judge D. Lowell Jensen**
**United States District Court**
**Northern District of California**

**Judge J. Frederick Motz**
**United States District Court**
**District of Maryland**

**Judge Robert L. Miller, Jr.**
**United States District Court**
**Northern District of Indiana**

**Judge Kathryn H. Vratil**
**United States District Court**
**District of Kansas**

**Judge David R. Hansen**
**United States Court of Appeals**
**Eighth Circuit**

**Judge Anthony J. Scirica**
**United States Court of Appeals**
**Third Circuit**

**DIRECT REPLY TO:**

**Jeffery N. Lüthi**
**Clerk of the Panel**
**One Columbus Circle, NE**
**Thurgood Marshall Federal**
**Judiciary Building**
**Room G-255, North Lobby**
**Washington, D.C. 20002**

**Telephone: [202] 502-2800**
**Fax:        [202] 502-2888**
**http://www.jpml.uscourts.gov**

May 12, 2008

William T. Walsh, Clerk
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street, 4th Floor
Newark, NJ 07102

Re: MDL No. 1938 -- IN RE: Vytorin/zetia Marketing, Sales Practices And Products Liability Litigation

(See Attached CTO-1)

Dear Mr. Walsh:

I am enclosing a certified  copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on <u>April 24, 2008</u>. As stipulated in Rule 7.4(a) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _Denise Morgan-Stone_
    Deputy Clerk

Attachment

cc:  Transferee Judge:    Judge Dennis M. Cavanaugh
     Transferor Judges:   (See Attached List of Judges)
     Transferor Clerks:   (See Attached List of Clerks)

JPML Form 36



Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 1 2 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 2 4 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
# MULTIDISTRICT LITIGATION

IN RE: VYTORIN/ZETIA MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION                    MDL No. 1938

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-1)

On April 8, 2008, the Panel transferred 21 civil actions to the United States District Court for the
District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C.
§ 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2008). With the consent of that court, all such actions have
been assigned to the Honorable Dennis M. Cavanaugh.

It appears that the actions on this conditional transfer order involve questions of fact that are
common to the actions previously transferred to the District of New Jersey and assigned to Judge
Cavanaugh.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199
F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of
New Jersey for the reasons stated in the order of April 8, 2008, and, with the consent of that court,
assigned to the Honorable Dennis M. Cavanaugh.

This order does not become effective until it is filed in the Office of the Clerk of the United States
District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be
stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the
Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: VYTORIN/ZETIA MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION**                                     MDL No. 1938

### SCHEDULE CTO-1 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| ALABAMA MIDDLE | |
| ALM  2    08-129 | John D. Swindall v. Merck & Co., Inc., et al. |
| ALABAMA NORTHERN | |
| ALN  1    08-279 | Thomas L. Sizemore v. Merck & Co., Inc., et al. |
| ALN  2    08-134 | Constantine Kanakis, et al. v. Merck & Co., Inc., et al. |
| ARKANSAS EASTERN | |
| ARE  4    08-86 | John H. Stanley, Jr. v. Merck & Co., Inc., et al. |
| ARE  5    08-42 | Juanita Sloan v. Merck & Co., Inc., et al. |
| ARIZONA | |
| ~~AZ   2    08-360~~ | ~~Robert S. Levin v. Merck/Schering-Plough Pharmaceuticals, et al.~~ |
| | Opposed 5/9/08 |
| CALIFORNIA CENTRAL | |
| CAC  2    08-1038 | Glenda Morgan v. Merck & Co., Inc., et al. |
| CAC  2    08-1499 | Ronald Dossey v. Merck & Co., Inc., et al. |
| CALIFORNIA EASTERN | |
| CAE  2    08-355 | Carolyn Boyle v. Merck & Co., Inc., et al. |
| CALIFORNIA NORTHERN | |
| CAN  4    08-929 | Mircea Muresan v. Merck & Co., Inc., et al. |
| DELAWARE | |
| DE   1    08-176 | Elaine Hawk v. Merck & Co., Inc., et al. |
| FLORIDA MIDDLE | |
| FLM  6    08-153 | Alma Hooks, et al. v. Merck & Co., Inc., et al. |
| FLM  6    08-178 | Stephen Greenwell v. Merck & Co., Inc., et al. |
| FLORIDA NORTHERN | |
| FLN  5    08-58 | Jean T. Smith v. Merck & Co., Inc., et al. |
| FLORIDA SOUTHERN | |
| FLS  1    08-20317 | Moises Selesky v. Merck & Co., Inc., et al. |
| GEORGIA NORTHERN | |
| GAN  1    08-309 | Dewey Eugene Keith, et al. v. Merck & Co., Inc., et al. |
| GAN  1    08-417 | Gregory Flynn v. Merck & Co., Inc., et al. |

**MDL No. 1938 - Schedule CTO-1 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **MISSOURI WESTERN** | |
| MOW 2     08-4021 | Steve Dillon, et al. v. Merck & Co., Inc., et al. |
| MOW 4     08-145 | Marie Maley v. Merck & Co., Inc., et al. |
| MOW 4     08-153 | Beverly Walden v. Merck & Co., lnc., et al. |
| MOW 4     08-172 | Anthony Neland v. Merck & Co., Inc., et al. |
| MOW 4     08-187 | Wei Chan v. Merck & Co., Inc., et al. |
| ~~MOW 6     08-3119~~ | ~~John Grant, et al. v. Merck/Schering-Plough Pharmaceuticals, et al.~~ Opposed 5/9/08 |
| **MISSISSIPPI SOUTHERN** | |
| MSS 2     08-74 | Iley Joe Payne v. Merck & Co., Inc., et al. |
| MSS 5     08-10 | Roy Davis v. Merck & Co., Inc., et al. |
| **MONTANA** | |
| MT   6     08-18 | Janet Lamping v. Merck & Co., Inc., et al. |
| **NORTH CAROLINA WESTERN** | |
| NCW 3     08-66 | Susan Bodnar v. Merck & Co., Inc., et al. |
| **NEBRASKA** | |
| NE   8     08-147 | Robert Stanley v. Merck & Co., Inc., et al. |
| **NEW MEXICO** | |
| NM   6     08-89 | Reverend John Carl Adams v. Merck & Co., Inc., et al. |
| **NEVADA** | |
| NV   3     08-64 | Bruce J. Bitter, et al. v. Merck & Co., Inc., et al. |
| **NEW YORK EASTERN** | |
| NYE 2     08-344 | Andrew Schwaeber v. Merck & Co., Inc., et al. |
| **OKLAHOMA EASTERN** | |
| OKE 6     08-110 | Sharon Loeffler v. Merck & Co., Inc., et al. |
| **PUERTO RICO** | |
| PR   3     08-1206 | James Cumba, et al. v. Merck & Co., Inc., et al. |
| **SOUTH CAROLINA** | |
| SC   0     08-518 | Gloria Brown v. Merck & Co., Inc., et al. |
| SC   3     08-318 | Jeffrey D. Morgan, M.D. v. Merck & Co., Inc. et al. |
| **TENNESSEE EASTERN** | |
| TNE  1     08-33 | Evelyn Igou, et al. v. Merck & Co., Inc., et al. |

**IN RE: VYTORIN/ZETIA MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION**                              MDL No. 1938

## INVOLVED COUNSEL LIST (CTO-1)

Gregory W. Aleshire
ALESHIRE ROBB & SIVILS PC
2847 Ingram Mill Road
Suite A-102
Springfield, MO 65804

Craig O. Asbill
CHARLES G MONNETT III & ASSOCIATES
P.O. Box 37206
Charlotte, NC 28237

Bryan Frederick Aylstock
AYLSTOCK WITKIN KREIS & OVERHOLTZ PLLC
803 North Palafox Street
Pensacola, FL 32501

Michael L. Baum
BAUM HEDLUND ARISTEI & GOLDMAN
12100 Wilshire Boulevard
Suite 950
Los Angeles, CA 90025-7106

Effie V. Bean
BUTLER SNOW O'MARA STEVENS
& CANNADA PLLC
6075 Poplar Avenue
Suite 500
Memphis, TN 38119

Benjamin A. Bertram
BERTRAM & GRAF LLC
9229 Ward Parkway
Suite 225
Kansas City, MO 64114

Steven J. Boranian
REED SMITH LLP
Two Embarcadero Center
Suite 2000
P.O. Box 7936
San Francisco, CA 94111-4106

Karen A. Braje
REED SMITH LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111-3922

Turner W. Branch
BRANCH LAW FIRM
2025 Rio Grande Boulevard, N.W.
Albuquerque, NM 87104

Patrick G. Broderick
DECHERT LLP
30 Rockefeller Plaza
New York, NY 10112-2200

Brandon L. Buchanan
MCAFEE & TAFT
211 North Robinson Avenue
Two Leadership Square
10th Floor
Oklahoma City, OK 73102-7103

John M. Burnett
BURNETT LAW FIRM
320 Gold Avenue, SW
Albuquerque, NM 87102

W. Stuart Calwell
CALWELL PRACTICE
500 Randolph Street
Charleston, WV 25302

Thomas P. Cartmell
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

**MDL No. 1938 - Involved Counsel List (CTO-1) (Continued)**

Lawrence Alan Fogel, Jr.
FULBRIGHT & JAWORSKI LLP
2200 Ross Avenue
Suite 2800
Dallas, TX 75201-2784

Eric H. Gibbs
GIRARD GIBBS LLP
601 California Street
Suite 1400
San Francisco, CA 94108

Justin S. Gilbert
GILBERT LAW FIRM
P.O. Box 11357
2021 Greystone Park
Jackson, TN 38308

James R. Grisham
GULAS & STUCKEY
2031 2nd Avenue North
Birmingham, AL 35203

Jerry Guerra
555 North Carancahua
Suite 200
Corpus Christi, TX 78478

Alan Thomas Hargrove, Jr.
RUSHTON STAKELY JOHNSTON & GARRETT PA
184 Commerce Street
P.O. Box 270
Montgomery, AL 36101-0270

Lance August Harke
HARKE & CLASBY LLP
155 South Miami Avenue
Suite 600
Miami, FL 33130

Aaron L. Harrah
HILL PETERSON CARPER BEE & DEITZLER
North Gate Business Park
500 Tracy Way
Charleston, WV 25311-1555

Charles C. Harrell
BUTLER SNOW O'MARA STEVENS
& CANNADA PLLC
P. O. Box 171443
Memphis, TN 38187-1443

Barry M. Hill
HILL WILLIAMS PLLC
89 Twelfth Street
Wheeling, WV 26003

Todd Eugene Hilton
STUEVE SIEGEL HANSON LLP
460 Nichols Road
Suite 200
Kansas City, MO 64112

Steven Randall Hood
MCGOWAN HOOD & FELDER LLC
1539 Healthcare Drive
Rock Hill, SC 29732

Alyson B. Jones
BUTLER SNOW O'MARA STEVENS
& CANNADA PLLC
210 East Capitol Street
Suite 1700 Regions Plaza
P.O. Box 22567
Jackson, MS 39225-2567

Martin A. Kasten
FRIDAY ELDREDGE & CLARK LLP
2000 Regions Center
400 West Capitol Avenue
Little Rock, AR 72201-3522

Richard S. Krumholz
FULBRIGHT & JAWORSKI LLP
2200 Ross Avenue
Suite 2800
Dallas, TX 75201-2784

Archie C. Lamb, Jr.
LAMB FIRM
2900 1st Avenue South
Birmingham, AL 35233

**MDL No. 1938 - Involved Counsel List (CTO-1) (Continued)**

Stephen D. Martin
NELSON MULLINS RILEY & SCARBOROUGH LLP
GlenLake One
4140 Parklake Avenue, Suite 200
Raleigh, NC 27612

David L. Martindale
HORTMAN HARLOW MARTINDALE BASSI ET AL
P.O. Box 1409
Laurel, MS 39441-1409

Robert R. McCoy
MORRIS PICKERING & PETERSON
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV 89101

Robert R. McCoy
MORRIS PICKERING & PETERSON
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV 89101

David S. McCrea
MCCREA & MCCREA
119 South Walnut Street
P.O. Box 1310
Bloomington, IN 47402

Marilyn T. McGoldrick
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Warren R. McGraw II
MCGRAW LAW OFFICES
P.O. Box 279
Prosperity, WV 25909-0279

Christopher J. Michie
DECHERT LLP
Princeton Pike Corporate Center
P.O. Box 5218
Princeton, NJ 08543-5218

Marie Bernarde Miller
GILL ELROD RAGON OWEN & SHERMAN PA
Metropolitan Tower, Suite 3801
425 West Capitol Avenue
Suite 3801
Little Rock, AR 72201-2413

Edward Maurice Mullins
ASTIGARRAGA DAVIS
701 Brickell Avenue
Suite 1650
Miami, FL 33131

Brett E. Nelson
PLEWS SHADLEY RACHER & BRAUN
1346 North Delaware Street
Indianapolis, IN 46202-2415

Gary S. Nitsche
WEIK NITSCHE DOUGHERTY & COMPONOVO
1300 North Grant Avenue
Suite 101
Wilmington, DE 19806

Keenan R.S. Nix
MORGAN & MORGAN PA
191 Peachtree Street, N.E.
Suite 4200
Atlanta, GA 30303

Charles Andrew O'Brien III
5525 Reitz Avenue
P.O. Box 98029
Baton Rouge, LA 70898-9029

Leonard Arnold Orman
ORMAN LAW FIRM
26 South Street
Baltimore, MD 21202

Jerrold S. Parker
PARKER WAICHMAN & ALONSO LLP
111 Great Neck Road
1st Floor
Great Neck, NY 11021-5402

**MDL No. 1938 - Involved Counsel List (CTO-1) (Continued)**

Kari A. Schulte
COOK VETTER DOERHOFF & LANDWEHR
231 Madison Street
Jefferson City, MO 65101

Thomas E. Schwartz
HOLLORAN WHITE & SCHWARTZ LLP
2000 South Eighth Street
St. Louis, MO 63104

Norman E. Siegel
STUEVE SIEGEL HANSON LLP
460 Nichols Road
Suite 200
Kansas City, MO 64112

James Paul Sizemore
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904

Richard C. Stanley
STANLEY FLANAGAN & REUTER L L C
909 Poydras Street
LL&E Tower
Suite 2500
New Orleans, LA 70112

Fernando Xavier Starkes
STARKES LAW FIRM
P.O. Box 1497
Columbia, SC 29202

Ranae D. Steiner
HEINS MILLS & OLSON PLC
310 Clifton Avenue
Minneapolis, MN 55403

Joseph Gordon Stewart, Jr.
JOSEPH G STEWART JR PC
6987 Halcyon Park Drive
P.O. Box 911
Montgomery, AL 36117

Brian R. Strange
STRANGE & CARPENTER
12100 Wilshire Boulevard
19th Floor
Los Angeles, CA 90025

Stephen G. Strauss
BRYAN CAVE LLP
One Metropolitan Square
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750

Joseph Preston Strom, Jr.
STROM LAW FIRM LLC
2110 North Beltline Boulevard
Suite A
Columbia, SC 29204-3905

Dennis C. Sweet III
SWEET & ASSOCIATES
158 East Pascagoula Street
Jackson, MS 39201

Gerald B. Taylor
TAYLOR LAW FIRM LLC
7208 Fairwoods Place
Montgomery, AL 36117

Thomas P. Thrash
THRASH LAW FIRM
1101 Garland Street
Little Rock, AR 72201

John H. Tinney
TINNEY LAW FIRM PLLC
P.O. Box 3752
Charleston, WV 25337-3752

Marvin L. Vannier
VANNIER LAW FIRM
1221 East Pierce Street
Suite 200
Council Bluffs, IA 51503

IN RE: VYTORIN/ZETIA MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

MDL No. 1938

## INVOLVED JUDGES LIST (CTO-1)

Hon. Myron H. Thompson
U.S. District Judge
P.O. Box 235
Montgomery, AL 36101-0235

Hon. Virginia Emerson Hopkins
U.S. District Judge
U.S. District Court
619 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue, North
Birmingham, AL 35203

Hon. L. Scott Coogler
U.S. District Judge
304 Federal Building
1118 Greensboro Avenue
Tuscaloosa, AL 35401

Hon. James Maxwell Moody
U.S. District Judge
381 Richard Sheppard Arnold US Courthouse
600 West Capitol Avenue
Little Rock, AR 72201

Hon. J. Leon Holmes
Chief Judge, U.S. District Court
Richard Sheppard Arnold
U.S. Courthouse, Suite 360
600 West Capitol Avenue
Little Rock, AR 72201

Hon. David G. Campbell
U.S. District Judge
623 Sandra Day O'Connor U.S. Courthouse
401 West Washington Street
Phoenix, AZ 85003-2146

Hon. Christina A. Snyder
U.S. District Judge
U.S. Courthouse
218J U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

Hon. George H. Wu
U.S. District Judge
128 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

Hon. Ronald S.W. Lew
Senior U.S. District Judge
544 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

Hon. Saundra Brown Armstrong
U.S. District Judge
390-C Ronald V. Dellums Federal Building
1301 Clay Street
Oakland, CA 94612-5217

Hon. Gregory M. Sleet
Chief Judge, U.S. District Court
4324 J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3519

Hon. Patricia C. Fawsett
Chief Judge, U.S. District Court
1200 U.S. Courthouse
401 West Central Boulevard
Suite 3650
Orlando, FL 32801

Hon. John Richard Smoak, Jr.
U.S. District Judge
210 Gulf Coast Building
30 West Government Street
Panama City, FL 32401

Hon. Jose E. Martinez
U.S. District Judge
Federal Courthouse Square
Third Floor
301 North Miami Avenue
Miami, FL 33128

**MDL No. 1938 - Involved Judges List (CTO-1) (Continued)**

Hon. Joan N. Ericksen
U.S. District Judge
12W U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Hon. Jean C. Hamilton
U.S. District Judge
16N Thomas F. Eagleton U.S. Courthouse
111 South Tenth St., 16th Floor
St. Louis, MO 63102-1116

Hon. Catherine D. Perry
U.S. District Judge
14S Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

Hon. Charles A. Shaw
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 12th Floor
St. Louis, MO 63102-9958

Hon. Nanette K. Laughrey
U.S. District Judge
307 United States Courthouse
131 West High Street
Jefferson City, MO 65101-1557

Hon. Gary A. Fenner
U.S. District Judge
8452 Charles E. Whittaker U.S. Courthouse
400 East 9th Street
Kansas City, MO 64106

Hon. Ortrie D. Smith
U.S. District Judge
7652 Charles E. Whittaker U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

Hon. Dean Whipple
Senior U.S. District Judge
Charles Evans Whittaker U.S. Courthouse, 8th Floor
400 East Ninth Street
Kansas City, MO 64106

Hon. Scott O. Wright
Senior U.S. District Judge
8662 Charles Evans Whittaker U.S. Courthouse
400 East Ninth Street, 8th Floor
Kansas City, MO 64106

Hon. Richard E. Dorr
U.S. District Judge
United States District Court
222 North John Q. Hammons Parkway
Suite 3100
Springfield, MO 65806

Hon. Keith Starrett
U.S. District Judge
U.S. District Court
228 U.S. Courthouse Federal Building
701 N. Main Street
Hattiesburg, MS 39401

Hon. Keith Starrett
U.S. District Judge
U.S. District Court
228 U.S. Courthouse Federal Building
701 N. Main Street
Hattiesburg, MS 39401

Hon. Charles C. Lovell
Senior U.S. District Judge
Paul G. Hatfield U.S. Courthouse
901 Front Street, Suite 3100
Helena, MT 59626-9708

Hon. Frank D. Whitney
U.S. District Judge
United States District Court
195 Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, NC 28202

Hon. Lyle E. Strom
Senior U.S. District Judge
3190 Roman L. Hruska U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102

**IN RE: VYTORIN/ZETIA MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION**

MDL No. 1938

**INVOLVED CLERKS LIST (CTO-1)**

Debra P. Hackett, Clerk
U.S. District Court
P.O. Box 711
Montgomery, AL 36101-0711

Perry D. Mathis, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Perry D. Mathis, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

James W. McCormack, Clerk
402 U.S. Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

James W. McCormack, Clerk
U.S. District Court
P.O. Box 8307
Pine Bluff, AR 71611-8307

~~Richard H. Weare, Clerk~~
~~130 Sandra Day O'Connor U.S. Courthouse, SPC 1~~
~~401 West Washington Street~~
~~Phoenix, AZ 85003-2118~~

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Jack L. Wagner, Clerk
4-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322

Richard W. Wieking, Clerk
400-S Ronald V. Dellums Federal Building
1301 Clay Street

Peter T. Dalleo, Clerk
J. Caleb Boggs Federal Building
Lockbox 18
844 North King Street
Wilmington, DE 19801-3570

Sheryl L. Loesch, Clerk
300 George C. Young U.S. Courthouse
80 North Hughey Avenue
Orlando, FL 32801

William M. McCool, Clerk
226 U.S. Courthouse
One North Palafox Street
Pensacola, FL 32501-5625

Steven Larimore, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

James N. Hatten, Clerk
2217 Richard B. Russell Federal Building
& U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3309

Robert L. Phelps, Clerk
101 First Street SE
Cedar Rapids, IA 52401

Marge Krahn, Clerk
P.O. Box 307
Council Bluffs, IA 51502

Marge Krahn, Clerk
P.O. Box 9344
Des Moines, IA 50306-9344

Norbert G. Jaworski, Clerk
U.S. District Court
P.O. Box 249
E. St. Louis, IL 62202

**MDL No. 1938 - Involved Clerks List (CTO-1) (Continued)**

Robert C. Heinemann, Clerk
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722-4438

William B. Guthrie, Clerk
P.O. Box 607
Muskogee, OK 74402-0607

Frances Rios de Moran, Clerk
150 Federico Degetau Federal Building
150 Carlos Chardon Avenue
Hato Rey, PR 00918-1767

Larry W. Propes, Clerk
Matthew J. Perry, Jr. U.S. Courthouse
901 Richland Street
Columbia, SC 29201-2328

Larry W. Propes, Clerk
Matthew J. Perry, Jr. U.S. Courthouse
901 Richland Street
Columbia, SC 29201-2328

Patricia L. McNutt, Clerk
U.S. District Court
P.O. Box 591
Chattanooga, TN 37401-0591

Thomas M. Gould, Clerk
262 U.S. Courthouse
111 South Highland Avenue
Jackson, TN 38301

David J. Maland, Clerk
Federal Courthouse
104 N. 3rd St.
Lufkin, TX 75901

Michael N. Milby, Clerk
U.S. Courthouse
1133 North Shoreline Boulevard
Corpus Christi, TX 78401

Michael N. Milby, Clerk
P.O. Box 2300
Galveston, TX 77553-2300

Teresa Deppner, Clerk
U.S. District Court
P.O. Box 1570
Huntington, WV 25716-1570

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, DC 20002-8004

OFFICIAL BUSINESS

Peter T. Dalleo, Clerk
J. Caleb Boggs Federal Building
Lockbox 18
844 North King Street
Wilmington, DE 19801-3570